**DENIED and Opinion Filed April 15, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00418-CV

## IN RE ROMAN J. CANTU, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1970908**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's April 5, 2024 petition for writ of mandamus. Relator asks this Court to compel the trial court to rule on a nunc pro tunc motion relator contends he filed in March 2024.

Relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.). Relator's status as an inmate does not relieve him of his duty to comply with the rules of appellate procedure. *In re Skinner*, No. 05-23-

00930-CV, 2023 WL 6618295, at \*1 (Tex. App.—Dallas Oct. 11, 2023, orig. proceeding) (mem. op.).

For example, it is relator's burden to provide the Court with a sufficient record to show his entitlement to mandamus relief. *Skinner*, 2023 WL 6618295, at \*1; *see also* TEX. R. APP. P. 52.3(k)(1)(A) (requiring a relator to file "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); TEX. R. APP. P. 52.7(a)(1) (requiring a relator to file "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). Although relator filed some documents with his petition, they are not sworn or certified copies as required by the rules. Relator also failed to certify he has reviewed the petition and concluded that every factual statement is supported by competent evidence included in the appendix or record. TEX. R. APP. P. 52.3(j). Without a certified petition and authenticated record, relator has failed to carry his burden to provide a sufficient record. *Skinner*, 2023 WL 6618295, at \*1.

Further, relator's petition lacks a statement of facts supported by citations to competent evidence included in an appendix or record, and it does not include a "clear and concise argument for the contentions made, with appropriate citations to authorities and to the appendix or record." TEX. R. APP. P. 52.3(g), (h). The petition is also missing the following: a list identifying the parties and counsel, a table of contents, an index of authorities, a statement of the case, a statement of jurisdiction,

and a statement of the issues presented. TEX. R. APP. P. 52.3(a)–(c), (d)(1)–(3), (e)–(f).

Accordingly, we deny relator's petition for writ of mandamus.

240418f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE